```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------   X
VIRGINIA LALLAVE                 :
                                 :   [PROPOSED] PRODUCTION ORDER
         - v -                   :
                                 :   22 Cv. 791 (NGG)
F. MARTINEZ, et al.              :
                                 :
         Defendants.             :
                                 :
------------------------------   X
```

NICHOLAS G. GARAUFIS, United States District Judge:

    WHEREAS, on February 11, 2022, the Court granted Petitioner's application for an emergency order of enlargement;

    WHEREAS, the Court further directed the Bureau of Prisons to release the Petitioner forthwith and directed the Petitioner to be returned to her residence on house arrest;

    WHEREAS, Petitioner remains incarcerated at the Metropolitan Detention Center;

    IT IS HEREBY ORDERED that the Bureau of Prisons produce Ms. Lallave to the U.S. Courthouse, 225 Cadman Plaza East by no later than 5:00 p.m. on February 12, 2022, so that she may be released from the courthouse to house arrest.

    In the alternative, the BOP may satisfy this Order by releasing Ms. Lallave directly from the MDC before 5:00 p.m. on February 12, 2022, with notification to Petitioner's counsel of the time of her release.

Dated:      February 12, 2022
            Brooklyn, New York

                                            /s/ Hon. Nicholas G. Garaufis
                                            _____
                                            Nicholas G. Garaufis
                                            United States District Judge