UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

VIRGINIA LALLAVE,

                    Petitioner-Plaintiff,

      v.

F. MARTINEZ, JR., *et al.*,

                    Respondents-Defendants.

-------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Civil Action No. 22-cv-791

(Garaufis, J.)
(Mann, M.J.)

      PLEASE TAKE NOTICE that BREON PEACE, United States Attorney for the Eastern District of New York, KEVIN YIM, Assistant United States Attorney, of counsel, hereby enters an appearance on behalf of the Government in this matter. The undersigned certifies that he is admitted to practice in this Court. This appearance is made without waiver to service, venue, or jurisdiction.

Dated: Brooklyn, New York
       February 13, 2022

                    BREON PEACE
                    United States Attorney

            By:    */s/ Kevin Yim*
                    Kevin Yim
                    Assistant U.S. Attorney
                    (718) 254-6186
                    kevin.yim@usdoj.gov